# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WILSON SPORTING GOODS CO., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. ) |
| NICKLAUS GOLF EQUIPMENT COMPANY, L.C., a Florida Limited Liability Corporation, GOLDEN BEAR INTERNATIONAL, INC., a Florida Corporation, and JACK NICKLAUS, an individual, | ) ) ) ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

JUDGE GRADY

03C 1520

DOCKETED MAGISTRATE JUDGE NOLAN

MAR 0 3 2003

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Wilson Sporting Goods Co. ("Wilson"), for its Complaint for Declaratory Judgment against Defendants Nicklaus Golf Equipment Company, L.C., a Florida Limited Liability Corporation, Golden Bear International, Inc., a Florida Corporation, and Jack Nicklaus, an individual (collectively, the "Nicklaus Defendants"), states as follows:

### Nature of this Action

1. This is a declaratory judgment action brought pursuant to 28 U.S.C. § 2201. Wilson seeks a declaration that: (1) its Wilson Jack golf balls do not infringe any federal or common law trademark claimed by the Nicklaus Defendants; (2) the Nicklaus Defendants' federal and common law trademarks do not apply to golf balls bearing only the name Jack; (3) any federal or common law trademark for Jack on golf balls is invalid; and (4) Wilson does not violate any of Defendant Jack Nicklaus' rights of publicity under the Illinois Right of Publicity Act, or other similar state laws.

## The Parties

2. Wilson is a Delaware corporation with its principal place of business at 8700 West Bryn Mawr, Chicago, Illinois.

3. Defendant Nicklaus Golf Equipment Company, L.C., is a Florida Limited Liability Company with its principal place of business at 7830 Byron Drive, Suite 7, West Palm Beach, Florida.

4. Defendant Golden Bear International, Inc. is a Florida Corporation with its principal place of business at 11780 U.S. Highway 1, Suite 400, North Palm Beach, Florida.

5. On information and belief, Jack Nicklaus is a resident of Florida and has his principal place of business at 11780 U.S. Highway 1, Suite 400, North Palm Beach, Florida.

## Jurisdiction and Venue

6. This is an action for declaratory relief under 28 U.S.C. § 2201 seeking a declaration with respect to allegations of trademark infringement under Federal Law that have been asserted against Wilson by the Nicklaus Defendants.

7. This Court has jurisdiction pursuant to 28 U.S.C. 1338(a). This Court also has diversity jurisdiction under 28 U.S.C. § 1332(a) in that the action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Personal jurisdiction over the Nicklaus Defendants is proper pursuant to the Illinois Long Arm Statute, 735 ILCS 5/2-209, as they transact business within the state of Illinois.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## Action for Declaratory Judgment

10. In 2002, Wilson introduced a golf ball bearing the Wilson's Box W trademark logo and the word Jack (the "Wilson Jack"). The Wilson Jack is marketed as a game improvement product providing longer distance features.

11. The Wilson Jack, itself, contains no reference to Jack Nicklaus or any of the Nicklaus Defendants. Moreover, none of Wilson's marketing, packaging or advertisement for the Wilson Jack contains any reference to Jack Nicklaus or the Nicklaus Defendants, and contains no likeness of Jack Nicklaus.

12. Wilson markets the Wilson Jack Golf Ball using the phrase "If you think there's a longer ball, you don't know Jack." This marketing phrase contains no reference to the Nicklaus Defendants and no likeness of Jack Nicklaus.

13. The Nicklaus Defendants have threatened litigation against Wilson for trademark infringement, deceptive trade practices, unfair competition and violation of Jack Nicklaus' publicity rights. There is an actual controversy between the parties for using the term Jack and the phrase "If you think there's a longer ball, you don't know Jack."

14. By threatening litigation against Wilson, the Nicklaus Defendants are seeking broad trademark protection and publicity rights for the name Jack regarding the sale of golf balls that have no reference to Jack Nicklaus or any other indicia of the Nicklaus Defendants. The Nicklaus Defendants are entitled to no such protection under applicable state or federal law.

15. The Nicklaus Defendants have no intellectual property rights or any other rights in the term Jack.

16. The Nicklaus Defendants' alleged trademark rights and publicity rights in the term Jack are void and invalid.

17. Wilson has not and does not infringe any rights of the Nicklaus Defendants.

18. Wilson fears that the Nicklaus Defendants will wrongfully attempt to stop the sale and marketing of the Wilson Jack, and Wilson seeks a declaration of its rights.

19. Pursuant to Federal Rule of Civil Procedure 38, Wilson demand trial by jury.

WHEREFORE, Wilson Sporting Goods Co., respectfully requests that this Court enter judgment:

 a. declaring that the Wilson Jack does not infringe any federal or common law trademark claimed by the Nicklaus Defendants;

 b. declaring that Wilson's sales, marketing and distribution of the Wilson Jack does not constitute deceptive trade practice or unfair competition under applicable law;

 c. declaring that the Nicklaus Defendants' federal and common law trademarks do not apply to golf balls bearing only the name Jack;

 d. declaring that any federal or common law trademark for the term Jack on golf balls is void and invalid;

 e. declaring that Wilson does not violate any of Defendant Jack Nicklaus' rights of publicity under the Illinois Right of Publicity Act, or other similar state laws; and

 f. for such other and further relief as the Court deems just and equitable under the circumstances.

CH2 20134012.1

Respectfully submitted,

WILSON SPORTING GOODS CO.

By: _____
One of Its Attorneys

Michael R. Levinson
Louis S. Chronowski
SEYFARTH SHAW
55 East Monroe Street, Suite 4200
Chicago, Illinois, 60603-5803
(312) 346-8000

5

CH2 20134012.1

# CIVIL COVER SHEET

JS 44
(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

WILSON SPORTING GOODS CO.

## DEFENDANTS

NICKLAUS GOLF EQUIPMENT COMPANY, L.C., GOLDEN BEAR INTERNATIONAL INC., and JACK NICKLAUS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Palm Beach, FL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Michael R. Levinson, Louis S. Chronowski
SEYFARTH SHAW
55 E. Monroe St., Suite 4200
Chicago, IL 60603
312/346-8000

ATTORNEYS (IF KNOWN)

DOCKETED MAR 0 3 2003

JUDGE GRADY
03C 1520
MAGISTRATE JUDGE NOLAN

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a cause of action for declaratory relief pursuant to 28 U.S.C. Section 2201

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury — Med Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Food & Drug
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ Declaratory judgment

Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. REMARKS

In response to ☐ is not a refiling of a previously dismissed action
General Rule 2.21D(2) this case ☐ is a refiling of case number _____ of Judge _____

SIGNATURE OF ATTORNEY OF RECORD

DATE 2/28/03

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of
WILSON SPORTING GOODS CO.
v.
NICKLAUS GOLF EQUIPMENT COMPANY, L.C.,
GOLDEN BEAR INTERNATIONAL INC., and
JACK NICKLAUS

**DOCKETED** MAR 0 3 2003

**JUDGE GRADY**

Case Number: 03C 1520

**MAGISTRATE JUDGE NOLAN**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

WILSON SPORTING GOODS CO.

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME: Michael R. Levinson | NAME: Louis S. Chronowski |
| FIRM: SEYFARTH SHAW | FIRM: SEYFARTH SHAW |
| STREET ADDRESS: 55 E. Monroe St., Suite 4200 | STREET ADDRESS: 55 E. Monroe St., Suite 4200 |
| CITY/STATE/ZIP: Chicago, IL 60603 | CITY/STATE/ZIP: Chicago, IL 60603 |
| TELEPHONE NUMBER: 312/346-8000 | FAX NUMBER: 312/269-8869 | TELEPHONE NUMBER: 312/346-8000 | FAX NUMBER: 312/269-8869 |
| E-MAIL ADDRESS: mlevinson@seyfarth.com | E-MAIL ADDRESS: lchronowski@seyfarth.com |
| IDENTIFICATION NUMBER: 3124570 | IDENTIFICATION NUMBER: 6269538 |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [X] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [X] NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |